IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW GAMING SYSTEMS, INC., ) | Civil No. 2:11-cv-627-MCE-JFM |
| Plaintiff, ) | |
| v. ) | **ORDER EXTENDING TIME TO FILE A RESPONSE AND FOR RULE 26(f) CONFERENCE** |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

Before the Court is the parties' Stipulation for Extension of Time to File a Response and for Rule 26(f) Conference. Upon consideration of the stipulation, and for good cause shown, it is hereby

ORDERED that the United States shall have an additional sixty (60) days, until July 8, 2011, to file a response in this matter. It is further

ORDERED that the parties' shall have an additional sixty (60) days, until July 8, 2011, for the filing of a Joint Status Report and Rule 26(f) Discovery Plan in this matter.

IT IS SO ORDERED.

Dated: May 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE