BOUTIN JONES INC.
Robert R. Rubin #117428
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Facsimile: (916) 441-7597

Attorneys for Plaintiff New Gaming Systems, Inc.

KATHRYN KENEALLY
Assistant Attorney General

COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 514-6062
Fax:         (202) 307-0054
E-mail:      Colin.C.Sampson@usdoj.gov
             Western.TaxCivil@usdoj.gov

Of Counsel:
BENJAMIN B. WAGNER
United States Attorney

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW GAMING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:11-cv-627-MCE-JFM <br><br> **STIPULATION AND JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER** |

Plaintiff New Gaming Systems, Inc. ("Plaintiff") and defendant United States of America ("Defendant") hereby stipulate and submit the following joint request to modify the Pretrial Scheduling Order of September 8, 2011.

/ / /

/ / /

**RECITALS**

WHEREAS, on September 8, 2011, the Court issued its Pretrial Scheduling Order which provided that discovery shall close on August 3, 2012; and

WHEREAS, on June 20, 2012, Defendant propounded its Second Set of Requests for Production of Documents to Plaintiff; and

WHEREAS, Plaintiff is in the process of moving its offices, and suspects that the final move-in date may be approximately September 2012; and

WHEREAS, because of construction delay and the inability to occupy the new space, much of Plaintiff's files are temporarily in storage; and

WHEREAS, Plaintiff anticipates that it will not be able to complete its search for documents responsive to Defendant's Second Set of Requests for Production of Documents until October 1, 2012; and

WHEREAS, Defendant has granted Plaintiff an extension of time to respond to Defendant's Second Set of Requests for Production of Documents to August 3, 2012, the discovery cutoff deadline; and

WHEREAS, in order to extend Plaintiff's response date to October 1, 2012, as requested, the parties believe that a modification to the Pretrial Scheduling Order to continue the discovery deadline by 60 days would be necessary;

**STIPULATION**

NOW, THEREFORE, it is hereby stipulated by and between Plaintiff and Defendant as follows:

The Pretrial Scheduling Order dated September 8, 2011, shall be modified to extend the discovery cutoff by 60-days, from August 3, 2012, to October 3, 2012. Expert Witness Disclosures shall be moved to Monday, December 3, 2012.

Further, the dispositive motions deadline shall be moved from February 7, 2013, to Thursday, April 4, 2013.

The parties request that the court reschedule the final pretrial conference from Thursday, April 4, 2013 at 2:00pm, to some time sixty days out that is convenient for the Court, perhaps

1  Tuesday, June 6, 2013 at 2:00pm.  The Joint Final Pretrial Conference Statement, set for three weeks

2  before the Final Pretrial Conference, be set for Thursday, May 16, 2013.  Trial Briefs shall be due

3  May 16, with oppositions due May 23 and the reply due May 30, 2013.  The parties request a trial

4  date in August 2013.

5                                                                              Respectfully submitted,

6  DATED:  August 1, 2012                              BOUTIN JONES INC.

7

8                                                                              By:        */s/ Robert R. Rubin*
                                                                                         ROBERT R. RUBIN
9

10                                                                             Attorneys for Plaintiff New Gaming Systems, Inc.

    DATED:  August 1, 2012
11
                                                                               KATHRYN M. KENEALLY
                                                                               Assistant Attorney General
12

13
                                                                               By:   */s/ Colin S. Sampson approved 8/1/12*
14                                                                                        COLIN C. SAMPSON

15                                                                             Attorneys for the United States of America

16                                              **ORDER**

17           Upon reviewing the parties' Stipulation and Joint Request to Modify Pretrial Scheduling

18  Order, and good cause appearing therefore, that request is hereby GRANTED.  An Amended Pretrial

19  Scheduling Order will follow.

20           IT IS SO ORDERED.

21  Dated:  August 6, 2012

22
                                                       _____
23                                                     MORRISON C. ENGLAND, JR
                                                       UNITED STATES DISTRICT JUDGE
24

25

26

27

28