1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   NEW GAMING SYSTEMS, INC.,         No. 2:11-cv-00627-MCE-JFM

12            Plaintiff,

13       v.                            ORDER CONTINUING TRIAL

14   UNITED STATES OF AMERICA,

15            Defendant.
     _____/
16

17       YOU ARE HEREBY NOTIFIED the August 12, 2013 jury trial is

18   vacated and continued to **February 24, 2014**, at **9:00 a.m.** in

19   Courtroom 7.  The parties shall file trial briefs not later than

20   **December 5, 2013.**  Counsel are directed to Local Rule 285

21   regarding the content of trial briefs.

22       Accordingly, the June 13, 2013 Final Pretrial Conference is

23   vacated and continued to **December 19, 2013**, at **2:00 p.m.** in

24   Courtroom 7.  The Joint Final Pretrial Statement is due not later

25   than **November 28, 2013** and shall comply with the procedures

26   outlined in the Court's August 10, 2012 Amended Pretrial

27   Scheduling Order.

28   ///

                                   1

1  The personal appearances of the trial attorneys or person(s) in

2  pro se is mandatory for the Final Pretrial Conference.

3  Telephonic appearances for this hearing are not permitted.

4      Any evidentiary or procedural motions are to be filed by

5  **November 28, 2013.**  Oppositions must be filed by **December 5, 2013**

6  and any reply must be filed by **December 12, 2013.**  The motions

7  will be heard by the Court at the same time as the Final Pretrial

8  Conference.

9      All other due dates set forth in the Court's Amended

10 Pretrial Scheduling Order are confirmed.

11     IT IS SO ORDERED.

12
   Dated: October 30, 2012

13

14  _____

15  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2