IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW GAMING SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil No.  2:11-cv-627-MCE-AC<br><br>**ORDER EXTENDING TIME TO**<br>**FILE A RESPONSE AND FOR RULE**<br>**26(f) CONFERENCE** |

 Before the Court is the parties' Stipulation for Extension of Time to Designate Expert Witnesses.  Upon consideration of the stipulation, and for good cause shown, IT IS HEREBY ORDERED THAT:

 1. The deadline to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert that the parties propose to tender at trial is extended by a period of sixty (60) days, until Monday, February 11, 2013;

 2. The deadline for hearing dispositive motions is extended by a period of sixty (60) days, until Thursday, June 13, 2013, at 2:00 PM in Courtroom 7;

 3.  The Final Pretrial Conference shall be held on December 19, 2013, at 2:00 PM in Courtroom 7; and

 4.  The Jury Trial shall begin on February 24, 2014, at 9:00 AM in Courtroom 7; and

5. All other deadlines set forth in the Amended Pretrial Scheduling Order (ECF No. 18) and subsequent Orders (ECF Nos. 19, 20) remain in effect.

IT IS SO ORDERED.

Dated: January 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE