BOUTIN JONES INC.
Robert R. Rubin #117428
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Facsimile: (916) 441-7597

Attorneys for Plaintiff New Gaming Systems, Inc.

KATHRYN KENEALLY
Assistant Attorney General

COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 514-6062
Fax:         (202) 307-0054
E-mail:      Colin.C.Sampson@usdoj.gov
             Western.TaxCivil@usdoj.gov

Of Counsel:
BENJAMIN B. WAGNER
United States Attorney

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW GAMING SYSTEMS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | Case No. 2:11-cv-627-MCE-JFM<br><br>**STIPULATION AND JOINT REQUEST TO MODIFY AMENDED PRETRIAL SCHEDULING ORDER AND ORDER EXTENDING TIME TO FILE A RESPONSE AND FOR A RULE 26(F) CONFERENCE; ORDER** |

　　　　Plaintiff New Gaming Systems, Inc. ("Plaintiff") and defendant United States of America ("Defendant") hereby stipulate and submit the following joint request to modify the Amended Pretrial Scheduling Order of August 10, 2012 and Order Extending Time to File a Response and for a Rule 26(f) Conference of January 4, 2013.

/ / /

## RECITALS

WHEREAS, on January 4, 2013, the Court issued an Order Extending Time to File a Response and for a Rule 26(f) Conference in which the Court established a deadline for hearing dispositive motions of June 13, 2013;

WHEREAS, on August 10, 2012 the Court issued an Amended Pretrial Scheduling Order in which it set filing deadlines of (A) 8 weeks prior to the hearing for the filing of a dispositive motion, (B) 5 weeks prior to the hearing for the filing of an opposition and any cross-motion; (C) at least 3 weeks prior to the hearing for the filing of a reply and opposition to any cross-motion and (D) at least 1 week prior to the hearing for the filing of a reply to any cross-motion;

WHEREAS, on April 18, 2013, Defendant filed and served a Motion for Summary Judgment with a hearing date of June 13, 2013;

WHEREAS, counsel for Plaintiff has a vacation previously scheduled for June 12 through 19;

WHEREAS, in order to accommodate the previously scheduled vacation of Plaintiff's counsel the parties believe that a modification to the Order Extending Time to File a Response and for a Rule 26(f) Conference to extend the deadline for hearing dispositive motions to June 27, 2013 and to modify the filing deadlines in the Amended Pretrial Scheduling Order is necessary.

## STIPULATION

NOW, THEREFORE, it is hereby stipulated by and between Plaintiff and Defendant as follows:

The Order Extending Time to File a Response and for a Rule 26(f) Conference dated January 4, 2013, shall be modified to move the last day for hearing dispositive motions from June 13, 2013 to June 27, 2013.

Further, the filing deadlines in the Amended Pretrial Scheduling Order dated August 10, 2013 shall be amended as follows regarding dispositive motions:

| | |
|---|---|
| Opposition and any cross-motion | filed at least 6 weeks prior to hearing |
| Reply and opposition to cross-motion | filed at least 3 weeks prior to hearing |

///

| | |
|---|---|
| Reply to cross-motion | filed at least 1 week prior to hearing |

Respectfully submitted,

DATED: April 18, 2013    BOUTIN JONES INC.


By:  */s/ Robert R. Rubin*
            ROBERT R. RUBIN

Attorneys for Plaintiff New Gaming Systems, Inc.

DATED: April 18, 2013

KATHRYN M. KENEALLY
Assistant Attorney General


By:  */s/ Colin S. Sampson approved 4/  /13*
            COLIN C. SAMPSON

Attorneys for the United States of America

## ORDER

Upon reviewing the parties' Stipulation and Joint Request to Modify Amended Pretrial Scheduling Order and Order Extending Time to File a Response and for a Rule 26(f) Conference and good cause appearing therefore,

IT IS HEREBY ORDERED that the Order Extending Time to File a Response and for a Rule 26(f) Conference dated January 4, 2013, shall be modified to move the last day for hearing dispositive motions from June 13, 2013 to June 27, 2013.

Further, the filing deadlines in the Amended Pretrial Scheduling Order dated August 10, 2013 shall be amended as follows regarding dispositive motions:

| | |
|---|---|
| Opposition and any cross-motion | filed at least 6 weeks prior to hearing |
| Reply and opposition to cross-motion | filed at least 3 weeks prior to hearing |
| Reply to cross-motion | filed at least 1 week prior to hearing |

IT IS SO ORDERED.

DATE: April 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT