1  BOUTIN JONES INC.
   Robert R. Rubin #117428
2  555 Capitol Mall, Suite 1500
   Sacramento, CA 95814-4603
3  Telephone: (916) 321-4444
   Facsimile: (916) 441-7597
4
   Attorneys for Plaintiff New Gaming Systems, Inc.
5
   KATHRYN KENEALLY
6  Assistant Attorney General
7  COLIN C. SAMPSON
   Trial Attorney, Tax Division
8  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
9  Washington, D.C.  20044-0683
   Telephone:    (202) 514-6062
10 Fax:          (202) 307-0054
   E-mail:       Colin.C.Sampson@usdoj.gov
11               Western.TaxCivil@usdoj.gov
12 Of Counsel:
   BENJAMIN B. WAGNER
13 United States Attorney
14 Attorneys for the United States of America
15                    UNITED STATES DISTRICT COURT
16                    EASTERN DISTRICT OF CALIFORNIA
17
18 NEW GAMING SYSTEMS, INC.,          )   Case No. 2:11-cv-627-MCE-JFM
                                      )
19              Plaintiff,            )
                                      )
20         v.                         )   **STIPULATION AND JOINT REQUEST**
                                      )   **TO MODIFY AMENDED PRETRIAL**
                                      )   **SCHEDULING ORDER AND ORDER**
21 UNITED STATES OF AMERICA,          )   **EXTENDING TIME TO FILE A**
                                      )   **RESPONSE AND FOR A RULE 26(F)**
22              Defendant.            )   **CONFERENCE; ORDER**
                                      )
23 ─────────────────────────────────────

24         Plaintiff New Gaming Systems, Inc. ("Plaintiff") and defendant United States of America

25 ("Defendant") hereby stipulate and submit the following joint request to modify the Amended

26 Pretrial Scheduling Order of August 10, 2012 and Order Extending Time to File a Response and for

27 a Rule 26(f) Conference of January 4, 2013.

28 / / /

                                              1

**RECITALS**

WHEREAS, on January 4, 2013, the Court issued an Order Extending Time to File a Response and for a Rule 26(f) Conference in which the Court established a deadline for hearing dispositive motions of June 13, 2013;

WHEREAS, on August 10, 2012 the Court issued an Amended Pretrial Scheduling Order in which it set filing deadlines of (A) 8 weeks prior to the hearing for the filing of a dispositive motion, (B) 5 weeks prior to the hearing for the filing of an opposition and any cross-motion; (C) at least 3 weeks prior to the hearing for the filing of a reply and opposition to any cross-motion and (D) at least 1 week prior to the hearing for the filing of a reply to any cross-motion;

WHEREAS, on April 18, 2013, Defendant filed and served a Motion for Summary Judgment with a hearing date of June 13, 2013;

WHEREAS, counsel for Plaintiff has a vacation previously scheduled for June 12 through 19;

WHEREAS, in order to accommodate the previously scheduled vacation of Plaintiff's counsel the parties believe that a modification to the Order Extending Time to File a Response and for a Rule 26(f) Conference to extend the deadline for hearing dispositive motions to June 27, 2013 and to modify the filing deadlines in the Amended Pretrial Scheduling Order is necessary.

**STIPULATION**

NOW, THEREFORE, it is hereby stipulated by and between Plaintiff and Defendant as follows:

The Order Extending Time to File a Response and for a Rule 26(f) Conference dated January 4, 2013, shall be modified to move the last day for hearing dispositive motions from June 13, 2013 to June 27, 2013.

Further, the filing deadlines in the Amended Pretrial Scheduling Order dated August 10, 2013 shall be amended as follows regarding dispositive motions:

| | |
|---|---|
| Opposition and any cross-motion | filed at least 6 weeks prior to hearing |
| Reply and opposition to cross-motion | filed at least 3 weeks prior to hearing |

///

1        Reply to cross-motion              filed at least 1 week prior to hearing

2

3                           Respectfully submitted,

4 DATED:  April 18, 2013          BOUTIN JONES INC.

5

6                           By: _____*/s/ Robert R. Rubin*_____

7                                 ROBERT R. RUBIN

8                           Attorneys for Plaintiff New Gaming Systems, Inc.

   DATED:  April 18, 2013

9                           KATHRYN M. KENEALLY

10                         Assistant Attorney General

11

12                           By: __*/s/ Colin S. Sampson approved 4/  /13*__

13                               COLIN C. SAMPSON

                          Attorneys for the United States of America

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>ORDER</u>**

2     Upon reviewing the parties' Stipulation and Joint Request to Modify Amended Pretrial

3     Scheduling Order and Order Extending Time to File a Response and for a Rule 26(f) Conference and

4     good cause appearing therefore,

5     IT IS HEREBY ORDERED that the Order Extending Time to File a Response and for a Rule

6     26(f) Conference dated January 4, 2013, shall be modified to move the last day for hearing

7     dispositive motions from June 13, 2013 to June 27, 2013.

8     Further, the filing deadlines in the Amended Pretrial Scheduling Order dated August 10,

9     2013 shall be amended as follows regarding dispositive motions:

10

11     Opposition and any cross-motion          filed at least 6 weeks prior to hearing

12     Reply and opposition to cross-motion      filed at least 3 weeks prior to hearing

13     Reply to cross-motion                     filed at least 1 week prior to hearing

14

15     IT IS SO ORDERED.

16     DATE:  April 23, 2013

17

18

19     _____

20     MORRISON C. ENGLAND, JR., CHIEF JUDGE
       UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28