IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW GAMING SYSTEMS, INC., <br>           Plaintiff, <br> v. <br> UNITED STATES OF AMERICA, <br>           Defendant. | Civil No. 2:11-cv-0627-MCE-AC <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

    Before the Court is the parties' Notice of Settlement and Stipulation for Dismissal With Prejudice. Upon consideration of the stipulation, and for good cause shown, it is hereby ordered that this action is DISMISSED WITH PREJUDICE and that the parties shall bear their own costs. All currently-scheduled deadlines in this matter are vacated, and the Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated: July 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

11698147.1